# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANTONETTI,

    Plaintiff,

vs.

LAS VEGAS, et al.,

    Defendants.

Case No. 2:13-cv-00064-RCJ-NJK

**ORDER**

    Petitioner has submitted an objection (#12) to the court's order (#10) entered April 28, 2014, and a motion to proceed on original complaint (#13).  To the extent that he asks the court to reconsider its dismissal of various counts and defendants from the amended complaint (#9), none of his arguments persuade the court to revisit the matter.

    IT IS THEREFORE ORDERED that plaintiff's objection (#12) is **DENIED**.

    IT IS FURTHER ORDERED that plaintiff's motion to proceed on original complaint (#13) is **DENIED**.

    Dated:  May 27, 2014.

                                    ROBERT C. JONES
                                    United States District Judge