# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANTONETTI,

    Plaintiff,

vs.

LAS VEGAS, et al.,

    Defendants.

Case No. 2:13-cv-00064-RFB-NJK

**ORDER**

More than one hundred twenty (120) days have passed since the court entered its order of April 28, 2014 (#10), directing service of process. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court will dismiss this action unless plaintiff can provide proof of service or good cause to excuse the failure to serve the remaining defendants.

IT IS THEREFORE ORDERED that Plaintiff shall have thirty (30) days from the date that this order is entered to file with the clerk of the court proof that service of process upon the remaining defendants occurred within one hundred twenty (120) days from entry of the order of April 28, 2014 (#10) or to show good cause why such service was not made within that period. Failure to comply will result in the dismissal of this action.

DATED this 10th day of September, 2014.

RICHARD F. BOULWARE, II
United States District Judge