# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANTONETTI,

    Plaintiff,

vs.

LAS VEGAS, et al.,

    Defendants.

Case No. 2:13-cv-00064-RFB-NJK

**ORDER**

    Plaintiff has filed a motion to reconsider (#25). Nothing in the motion would cause the court to depart from its dismissal of the counts and defendants in its earlier screening order (#10).

    Plaintiff has filed a motion to reconsider intent to dismiss (#33). The court had asked the Attorney General of the State of Nevada to advise for which defendants he could accept service of process. The notice of February 13, 2015 (#26), which was certified to have been served on plaintiff at his last address of record at the time, stated that the Attorney General could not accept service for any of the remaining defendants because none of them were officials of the State of Nevada. Nonetheless, the court will give plaintiff one last opportunity to serve the remaining defendants.

    IT IS THEREFORE ORDERED that plaintiff's motions to reconsider (#25, #33) are **DENIED**.

    IT IS FURTHER ORDERED that the clerk of the court shall issue summons to the remaining named defendants and deliver same with copies of the amended complaint (#9) to the U.S. Marshal for service. Plaintiff shall have forty-five (45) days in which to furnish to the U.S. Marshal the required Forms USM-285. Within forty-five (45) days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, plaintiff must file a notice with the court

1 identifying which defendants were served and which were not served, if any. If plaintiff wishes to have
2 service again attempted on an unserved defendant(s), then a motion must be filed with the court
3 identifying the unserved defendant(s) and specifying a more detailed name and/or address for said
4 defendant(s), or whether some other manner of service should be attempted. Pursuant to Rule 4(m) of
5 the Federal Rules of Civil Procedure, service must be accomplished within one hundred twenty (120)
6 days from the date that this order is entered.

IT IS FURTHER ORDERED that the court, in its discretion, may order a <u>subpoena duces tecum</u> to the custodian of records at the Clark County Detention Center directing the custodian to provide the first and last names and last-known addresses of the correctional officers identified in the complaint.

DATED: August 12, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge