UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI., <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS NEVADA, CO. CLARK, *et al*., <br><br> Defendant's. | Case No. 2:13-cv-00064-RFB-NJK <br><br><br> **ORDER** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants Page, McKinnon, Zausa and Sgt. J #59247, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants Page, McKinnon, Zausa and Sgt. J #59247.

DATED this 16th day of April, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE